Donovan Dwight Simms©
c/o 9601 SPUR 591 (NOT A DOMOCILE)
Amarillo, Texas Republic [near 79107-9606]

To: Vivian Long, Court Clerk
    7th Court of Appeals
    P.O. Box 9540
    Amarillo, TX 79105-9540

September ___, 2015

F I L E D
SEP 23 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Re: Donovan Dwight Simms© v. John R. Gonzales
    Case No.: 07-15-00334-CV

Dear Ms. Long;

    Enclosed please find a copy of the appellant's Declaration of Previous Filings, certified copy of Appellant's trust fund account, and Docketing Statement to be filed in the above styled and numbered cause.

    Also, there are a few things that need to be advised to this court for further reference and corrections.

    This action was first filed in the Justice of the Peace court, Precinct 3, under Case number 13088. Gary Jackson was the Justice in this court. The Declaration Related to Previous Filings was filed in this court along with a copy of the trust fund account. I am sending this court a copy of that Declaration Related to Previous Filings dated August 12 2013.

    This action was first appealed in the Constitutional County Court at Law #2 under Case Number 101846-00-2 and that courts decision is now being appealed in this court.

    Lastly, it was noticed in your notice dated September 15, 2015 that a copy was delivered to Harold J. Liller at the OFFICE OF ATTORNEY GENERAL. The ATTORNEY GENERAL, his OFFICE, nor anyone who works for the ATTORNEY GENERAL is neither a party or an attorney to any party in this suit; nor is the Defendant an Government Employee or an employee for T.D.C.J. It is stated conspicuously in the caption of the Petition "NO THIRD PARTY ALLOWED". Notice should be sent to the Defendant (or his counsel).

    Please notify the court of these issues and thank you for your time and patience in this matter and so have a pleasent day.

                                        Cordially,

                                        Donovan Dwight Simms©

encl...
DDS/VL

In the 3rd Justice Court of
Potter County, Texas Republic

Donovan Dwight Simms©                    §

v.                                       §        Civil Action No. 13088

John R. Gonzales                         §

F I L E D
SFP 23 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

## DECLARATION RELATED TO PREVIOUS FILINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the in propria persona Plaintiff Donovan Dwight Simms©, to file this Declaration Related to Previous Filings, without waiving any of his rights but to show due diligence to the court of his previous filings.

## LIST OF CASES

As of the date of this declaration, Plaintiff Simms has only brought one suit/tort action in this state. The cause for this suit/tort action is 3-41575. The court in which the suit was brought was the 3rd Judicial District Court of Anderson County, texas Republic. The denfendants named in the action were Christy M. Hoisington, David W. McDowell, Jonni R. Rankin, Jorge Vasquez and John D. Vickery.

## FACTS WHICH RELIEF WAS SOUGHT

The facts for which relief was sought were Title 42 §1985 and §1986 violations, 4th, 8th, and 14th Amendment violations of the united States Constitution, Tex. Const. Art. I, §§13 and 19 violations, defamation of character/slander, deliberate indifference, violation of Constitutional, substantive and procedural due process notion of fundamental fairness, official oppression, falsification of government/state documents, violation/breach of contract of the PD-22, etc.

## RESULT OF SUIT

As of this date the Action is still pending rehearing for mandamus in the Texas Supreme Court.

## AFFIRMATION

I, Donovan Dwight Simms©, Plaintiff, hereby do declare under penalty of perjury that the above statements are true, correct, and complete to the best of my ability under 28 U.S.C. §1746(1).

Executed this 12th day of August, 2013 A.D.

"All Unalienable Rights Reserved"

Donovan Dwight Simms, Plaintiff
In Propria Persona

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/18/15
BC52/KHO1557               IN-FORMA-PAUPERIS DATA                 05:08:08
TDCJ#: 01375638 SID#: 06690793 LOCATION: BILL CLEMENTS   INDIGENT DTE: 06/22/15
NAME: SIMMS,DONOVAN DWIGHT                BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.04 TOT HOLD AMT:          0.00 3MTH TOT DEP:      35.00
6MTH DEP:            35.00 6MTH AVG BAL:          0.79 6MTH AVG DEP:       5.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15       0.04              0.00     05/15       0.01              0.00
07/15       0.04              0.00     04/15       0.21              0.00
06/15      35.01             35.00     03/15       0.41              0.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Potter_
ON THIS THE _18_ DAY OF _September 2015_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



K. HOLT
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 09-30-2016
NOTARY WITHOUT BOND

Donovan Dwight Simms
c/o 9601 SPUR 591
BC-037-01375638
Amarillo, Texas 79107-9606

LEGAL MAIL



AMARILLO TX 791

21 SEP 2015 PM 1 L

Vivian Long, Court Clerk
7th Court of Appeals
P.O. Box 9540
Amarillo, TX 79105-9540

79105#9540